IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-208-D
No. 5:15-CV-268-D
No. 5:24-CV-570-D

| | | |
|---|---|---|
| DAVID ELLIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The United States MUST respond to petitioner's motion for relief under 28 U.S.C. § 2255 [D.E. 188] not later than March 17, 2026. The court DENIES petitioner's motions for a status update as moot [D.E. 190, 191].

SO ORDERED. This 10 day of February, 2026.

JAMES C. DEVER III
United States District Judge