IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-208-D
No. 5:15-CV-268-D
No. 5:24-CV-570-D

DAVID ELLIS,
     Petitioner,

v.

UNITED STATES OF AMERICA,
     Respondent.

          ORDER

In light of the government's response [D.E. 194, 195], the court DENIES petitioner's motion for a default judgment [D.E. 197].

SO ORDERED. This 31 day of March, 2026.

JAMES C. DEVER III
United States District Judge